# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

**FRANQUICIAS CALLNET SL,**

**Plaintiff,**

v.

C.A. No. 1:13-cv-00459-GMS

**VERTECTO SERVICES, LLC**

**Defendant.**

# DISCOVERY ORDER

This _____ day of November 2014, the Court having conducted a discovery conference on November 18, 2014, and having heard and considered the statements and arguments by the parties,

IT IS ORDERED that:

1. Defendant Vertecto shall fully and completely answer under oath Plaintiff's First Set of Interrogatories served May 28, 2014, and respond to Plaintiff's First Set of Request for Documents (including producing the documents responsive to the document requests) served May 28, 2014, by December 3, 2014. To the extent that Defendant Vertecto cannot fully answer any Interrogatory or provide requested documents because the information or documents are not within Defendant's possession, custody or control, Defendant shall so state in response to the individual Interrogatory or Document Request.

2. Defendant Vertecto shall file and serve subpoenas on all third-parties who to Defendant's best information and belief have information relevant to the present action or the subject matter of the present action, including any banks or other financial institutions and prior

owners, managers, members, directors and/or officers of the Defendant, by November 21, 2014, requiring production of all documents relating to the activities of Defendant.

3. Defendant Vertecto shall produce all communications relating to attempts to obtain information or documents that may relate to this action or the subject matter of this action, including any communications with prior owners, managers, members, directors and/or officers of the Defendant, by December 3, 2014, to the extent that such communications are not privileged. A privilege log shall be contemporaneously submitted for any withheld document.

4. The Court confirms that it has advised that the Court may hold an in-person show cause hearing.

_____
United States District Judge