# O'KELLY ERNST & BIELLI, LLC

George Pazuniak
GP@Del-IPLaw.com
Direct: (302) 478-4230

901 N. Market Street
Suite 1000
Wilmington, DE 19801

November 19, 2014

The Honorable Gregory M. Sleet
The United States District Court for the
District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street, Unit 19
Wilmington, DE 19801

RE:   *Franquicias CallNet SL v. Vertecto Services LLC*
      *1:13-cv-00459-GMS*

Dear Judge Sleet:

As requested during the discovery teleconference on November 18 in the above-captioned matter, the parties jointly submit a proposed Discovery Order.

The parties will be happy to address the proposed order at the Court's convenience.

Respectfully Submitted,

*/s/ George Pazuniak*

George Pazuniak

cc:   Clerk of the Court (via ECF)
      Counsel of Record (via ECF and E-mail)