# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| FRANQUICIAS CALLNET SL, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 13-cv-00459-GMS |
| | ) | |
| v. | ) | |
| | ) | |
| VERTECTO SERVICES, LLC, | ) | |
| | ) | **JURY TRIAL DEMANDED** |
| Defendant. | ) | |
| | ) | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on November 21, 2014, true and correct copies of SUBPOENAS DIRECTED TO (1) JEFFERY ELLENTUCK and (2) HSBC International Finance Corporation were served on the parties on the attached service list in the manner indicated thereon.

DATED: November 21, 2014

_____
Christopher D. Loizides (No. 3968)
LOIZIDES, P.A.
1225 King Street, Suite 800
Wilmington, DE 19801
Telephone: (302) 654-0248
Facsimile: (302) 654-0728
Email: loizides@loizides.com

*Counsel for Defendant*

## SERVICE LIST

## VIA ELECTRONIC MAIL AND FIRST-CLASS MAIL

George Pazuniak, Esquire
Daniel P. Murray, Esquire
O'KELLY ERNST & BIELLI, LLC
901 N. Market Street, Suite 1000
Wilmington, DE 19801
Email: gp@del-iplaw.com
      dmurray@oeblegal.com
*Counsel for Plaintiff*