# UNITED STATES DISTRICT COURT

## DISTRICT OF NEW JERSEY

CASE NO.: 1:13–cv–00459–GMS
Date Filed: 00/00/0000

### AFFIDAVIT OF SERVICE

**Franquicias Callnet SL**

      Plaintiff/Petitioner,

vs.

**Vertecto Services, LLC**

      Defendant/Respondent.

---

STATE OF NEW JERSEY
COUNTY OF SOMERSET    ss.

I, **Peter Cerruto**, depose and say that:

I am a competent adult, over the age of 18, a resident of the State of New Jersey and a disinterested party to the above named action.

On 11/26/2014 at 10:27 AM, I served the within **SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION WITH ATTACHMENT** on Jeffery Ellentuck at 40 Pine Drive , Roosevelt, NJ 08555 in the manner indicated below:

By delivering to the within named person a true copy of this process and informing the person of the contents.

I asked the person spoken to if the person served was in the active military service of any of the armed forces of the United States of America or his/her state of residence in any capacity and I received a negative reply.

---

Description of person served:
Sex: Male – Age: 55 – Skin: White – Hair: Gray – Height: 5'10 – Weight: 180

I certify that the foregoing statements made by me are true and correct. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Sworn to and subscribed before me on this
_2_ day of _December_ , 20_14_
by an affiant who is personally known to
me or produced identification.

_Maria Weingartner_
NOTARY PUBLIC
MARIA WEINGARTNER
NOTARY PUBLIC OF NEW JERSEY
Commission Expires 3/14/2018

X _Peter Cerruto_
Peter Cerruto - Lic#:
J &K Investigative Services Inc
P.O. Box 88
Somerville, NJ   08876
908-707-1900

Atty File#:  - Our File# 58489