AO 88B (Rev. 12/13) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of New Jersey

| | | |
|---|---|---|
| FRANQUICIAS CALLNET SL, | ) | (D. Delaware) |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 1:13-cv-00459-GMS |
| VERTECTO SERVICES, LLC | ) | |
| *Defendant* | ) | |

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To: JEFFERY ELLENTUCK 40 PINE DRIVE ROOSEVELT, NJ 08555

*(Name of person to whom this subpoena is directed)*

☑ *Production:* YOU ARE COMMANDED to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material: See the Annexed Attachment.

| Place: 40 Pine Drive<br>Roosevelt, NJ 08555 | Date and Time:<br>12/12/2014 11:00 am |
|---|---|

☐ *Inspection of Premises:* YOU ARE COMMANDED to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: 11/20/2014

CLERK OF COURT

OR

_____ _____
*Signature of Clerk or Deputy Clerk*    *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* Vertecto Services, LLC , who issues or requests this subpoena, are:

Christopher Loizides, Loizides, P.A., 1225 King St. Ste. 800, Wilmington, DE 19801

**Notice to the person who issues or requests this subpoena**
A notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

## ATTACHMENT

1. All documents reflecting or evidencing any communication between Franquicias Callnet SL (hereafter Callnet) and Vertecto Services, LLC ("Vertecto").

2. All documents reflecting or evidencing any communication between Vertecto and Azure Telecom.

3. All documents reflecting or evidencing any communication between Vertecto and Vardar/SOS.

4. All documents reflecting or evidencing any communication between Vertecto and any third party relating to Callnet.

5. All documents reflecting or evidencing any communication between Vertecto and any third party relating to Azure Telecom.

6. All documents reflecting or evidencing any communication between Vertecto and any third party relating to Vardar/SOS.

7. Any and all documents concerning, referring to or relating to any and all instances of Vertecto's systems or processes being scammed, hacked or otherwise being the subject of a security breach, or attempted to be scammed, hacked or have Vertecto's security breached, including specifically any attempted or successful scam, hack or breach of security of Vertecto system.

8. All documents in your possession or control which are relevant to the litigation between Callnet and Vertecto.