# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| FRANQUICIAS CALLNET SL, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 13-cv-00459-GMS |
| | ) | |
| v. | ) | |
| | ) | |
| VERTECTO SERVICES, LLC, | ) | |
| | ) | **JURY TRIAL DEMANDED** |
| Defendant. | ) | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on December 3, 2014, true and correct copies of **DEFENDANT'S RESPONSES TO PLAINTIFF'S (1) REQUESTS FOR DOCUMENTS AND (2) INTERROGATORIES** were served on the party listed on the attached service list via electronic mail; the party was served via First-Class Mail on December 4, 2014.

DATED: December 4, 2014

Christopher D. Loizides (No. 3968)
LOIZIDES, P.A.
1225 King Street, Suite 800
Wilmington, DE 19801
Telephone: (302) 654-0248
Facsimile: (302) 654-0728
Email: loizides@loizides.com

*Counsel for Defendant*

**SERVICE LIST**

**VIA ELECTRONIC MAIL (on 12/3/14) AND FIRST-CLASS MAIL (on 12/4/14)**

George Pazuniak, Esquire
O'KELLY ERNST & BIELLI, LLC
901 N. Market Street, Suite 1000
Wilmington, DE 19801
Email: gp@del-iplaw.com
*Counsel for Plaintiff*